Appellant. [430, 450 E. 63rd St., 1161 York Ave., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.

ROSE MIGNON et al., Doing Business as R. MIGNON & SONS, v. TULLER FABRICS CORP.— Motion for resettlement denied. Concur — Peck, P. J., Breitel, Cox and Bergan, JJ. [See *ante,* p. 174.]

ROSE MIGNON et al., Doing Business as R. MIGNON & SONS, v. TULLER FABRICS CORP.— Plaintiffs' motion granted insofar as to allow resettlement of order so as to provide that the judgment shall remain in full force and effect pending new trial of the action. Submit order of resettlement. Concur — Peck, P. J., Breitel, Cox and Bergan, JJ. [See *ante,* p. 174.]

## (March 22, 1956)

PHILIP HURN v. TERMINAL CLEANING CONTRACTORS, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALONZO CURRY.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS FISCHER.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES GUDGER.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DOUGLAS MORGANNE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES NEAL.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM POWELL.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SORRENTI.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS RODRIGUEZ.— Motion to withdraw appeal granted. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

## (March 26, 1956)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH T. HAHN, Respondent, against LARRY HAINES, Appellant, et al., Defendants.— Motion for reargument denied. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ. [See *ante,* p. 263.]

## (March 27, 1956)

3372 BOSTON POST RESTAURANT CORP., Respondent, v. GIUSEPPE PULICE, Also Known as JOSEPH PULICE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.